**No. 43883.**—Protest 946505–G (B) of Ti Hang Lung & Co. (San Francisco).

Opinion by EVANS, J.   It was stipulated that the fungus in question is the same as that passed upon in *Quong* v. *United States* (T. D. 48003).   The claim at 35 percent under paragraph 775 was therefore sustained.